**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DARREN EADES,

            Petitioner

        v.

SUPT. ERIK TICE AND
COMMONWEALTH OF PENNSYLVANIA,

            Respondents

:  No. 209 EAL 2019
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.